

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pappy's Barber Shops, Inc. Individually and Behalf of All OtPappy's Barber Shop Poway, Inc. Individually and Behalf of All Others Similarly Situatedhers Similarly Situated ;<br><br>**Plaintiff,**<br>V.<br><br>Farmers Group, Inc. ; Farmers Insurance Company, Inc.; Truck Insurance Exchange<br><br>**Defendant.** | Civil Action No.  20-cv-0907-CAB-BLM<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The motion for leave to amend is therefore DENIED, and this case is DISMISSED WITH PREJUDICE. It is SO ORDERED.

**Date:**         10/1/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ A. Hazard

A. Hazard, Deputy